FILED
CLERK, U.S. DISTRICT COURT
APR 4, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Donald K. Brandt, et al.,

    Plaintiffs,

    v.

Nationstar Mortgage, LLC, et al.,

    Defendants.

2:18-cv-08545-VAP-AFMx

**JUDGMENT**

Pursuant to the Order Granting Defendants' Motion for Judgment on the Pleadings, IT IS ORDERED AND ADJUDGED that Plaintiffs' complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 4/4/19

                        Virginia A. Phillips
                        Chief United States District Judge